Laura THOMPSON, Plaintiff–
Appellant,

v.

KOSAIR CHILDREN'S HOSPITAL,
Defendant–Appellee.

No. 00–5186.

United States Court of Appeals,
Sixth Circuit.

May 16, 2001.

Before KENNEDY, DAUGHTREY,
Circuit Judges, McKEAGUE,* District
Judge.

PER CURIAM.

Plaintiff–Appellant Laura Thompson ap-
peals the district court's grant of summary
judgment in favor of defendant-appellee
Kosair Children's Hospital on plaintiff's
claims of workplace discrimination and re-
taliation, constructive discharge and dis-
ability discrimination.

Having carefully considered the record
on appeal, the briefs of the parties, the
arguments of counsel and the applicable
law, we hold that the district court correct-
ly granted summary judgment in favor of
defendant and dismissed plaintiff's claims.[1]

Accordingly, the judgment of the district
court is AFFIRMED.

---

* The Honorable David W. McKeague, United
States District Judge for the Western District
of Michigan, sitting by designation.

1. Plaintiff-appellant raised an issue on appeal
as to the appropriate version of a Kentucky

statute applicable here. We acknowledge the
1996 modification to K.R.S. § 337.310, but
we conclude that the modification has no
effect on the outcome of this case.